IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

ELEONORA KOGAN,                )
                               )
    Plaintiff,                 )
                               )
v.                             )    NO. 3:06-00789
                               )    JUDGE HAYNES
TENNESSEE BOARD OF             )
DENTISTRY, et al.,             )
                               )
    Defendants.                )

## ORDER

In accordance with the Memorandum filed herewith, Defendant Shauna Bradley's motions to dismiss (Docket Entry No. 82) is **GRANTED**. Plaintiff's claims against the Defendant Shauna Bradley are **DISMISSED with prejudice**.

It is so **ORDERED**.

Entered this the 27th day of March, 200.

WILLIAM J. HAYNES, JR.
United States District Judge