IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ELEONORA KOGAN,<br><br>    **Plaintiff,**<br>**v.**<br><br>**TENNESSEE BOARD OF**<br>**DENTISTRY, et al.,**<br><br>    **Defendants.** | )<br>)<br>)<br>)   **NO. 3:06-00789**<br>)   **JUDGE HAYNES**<br>)<br>)<br>)<br>) |

## AMENDED ORDER

The Order (Docket Entry No. 152) is **AMENDED** to reflect that Bradley's motions to dismiss (Docket Entry Nos. 45 and 82) is **GRANTED**. Plaintiff's claims against the Defendant Shauna Bradley are **DISMISSED with prejudice**. This Amended Order does not change the Court's ruling.

It is so **ORDERED**.

Entered this the ___ day of March, 200_.

WILLIAM J. HAYNES, JR.
United States District Judge