IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ELEONORA KOGAN, D.D.S., | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:06-00789 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| TENNESSEE BOARD OF DENTISTRY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the Defendants' motion for

summary judgment (Docket Entry No. 110) is **GRANTED in part** and **DENIED in part**.

Plaintiff's federal law claims are **DISMISSED with prejudice** except as to Plaintiff's

Fourteenth Amendment claim. The Defendant's motion for summary judgment is **DENIED** as

to Plaintiff's Fourteenth Amendment claim. Plaintiff's state law claims are **DISMISSED**

**without prejudice**. The parties have sixty (60) days from the date of entry of this Order to

complete discovery. Dispositive motions shall be filed thirty (30) days thereafter with responses

in accordance with Local Rule 56.

It is so **ORDERED**.

**ENTERED** this the ___ day of September, 2008

William J. Haynes, Jr.
United States District Judge